

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00283-CV

**IN RE SAN ANTONIO RIVER AUTHORITY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Jason Pulliam, Justice

Delivered and Filed:  May 20, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On May 7, 2015, relator San Antonio River Authority filed a petition for writ of mandamus complaining of the trial court's failure to rule on an objection made during a hearing on relator's plea to the jurisdiction. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-16836, styled *Osvaldo Peralta v. City of San Antonio and San Antonio River Authority*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Martha B. Tanner presiding.